

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Panika McFadden,                              * From the 244th District Court
                                                of Ector County
                                                Trial Court No. C-16-0738-CR.

Vs. No. 11-16-00221-CR                        * August 30, 2018

The State of Texas,                           * Memorandum Opinion by Bailey, J.
                                                (Panel consists of: Bailey, J.;
                                                Gray, C.J., sitting by assignment; and
                                                Wright, S.C.J., sitting by assignment)
                                                (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.